### IRVIN *v.* STATE OF GEORGIA.

BECK, P. J. 1. "All the property of a person arrested and convicted upon a criminal charge, or who may escape from jail, or from any officer, owned by him at the time of the arrest, is bound for the costs of prosecution, by statutory lien, which attaches also upon the proceeds of the property, when identified. This lien overrides a title to property made by him, upon sale for professional services, after his arrest and before conviction." *Morgan* v. *Collier,* 13 *Ga.* 493. This ruling, applied to the facts of the case, is controlling and requires an affirmance of the judgment of the court below.

2. Counsel for plaintiff in error, when this case was argued in the Supreme Court, obtained permission of the court to review the case of *Morgan* v. *Collier, supra;* but upon review of the same the court declines to reverse the decision in that case.

*Judgment affirmed. All the Justices concur.*

No. 4411. DECEMBER 19, 1924.

Claim. Before Judge Shurley. Wilkes superior court. May 15, 1924.

*Colley & Colley* and *Irvin & Fortson,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.